IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                       CASE NO: 05-50270
                                        )      Chapter 13
Timothy Harold Smith
                                        )

                                        )
        Debtor(s).                         Judge Marilyn Shea-Stonum
                                        )
                                                   <u>MOTION TO MODIFY PLAN</u>
                                                   <u>SUBSEQUENT TO CONFIRM-</u>
                                                   <u>ATION</u>

       Now comes the above-captioned debtor, by and through the undersigned counsel, who prays for the entry of an order modifying his chapter 13 plan so as to provide for payments to the chapter 13 trustee of $97.00 per week to the chapter 13 trustee for the duration of his chapter 13 plan and to provide that those general unsecured creditors whose previously-filed claims that have been allowed herein shall be paid one percent (1%) of these claims by the chapter 13 trustee within the plan's remaining duration. The debtor states that the chapter 13 trustee has filed herein a motion to modify the debtor's plan so as to increase the debtor's present chapter 13 plan payments from $26.32 per week to $176.68 per week and the debtor avers that he cannot afford to pay this increase in his payments. The debtor submits that if his plan is modified as prayed for, the plan will remain feasible and the best interests of the creditors may be satisfied.

       WHEREFORE, the debtor prays for the entry of an order modifying his chapter 13 plan so as to change his weekly payments to the chapter 13 trustee to $97.00 per week and to change the percentage dividend to be paid to general unsecured creditors under the plan to one percent (1%) of their previously-filed and allowed claims.

                                     Respectfully Submitted,
                                     /s/ Robert M. Whittington, Jr.

                                     _____
                                     Robert M. Whittington, Jr. 0007851
                                     Elk, Elk & Whittington
                                     159 S. Main St.
                                     Akron, OH 44308
                                     Voice (330) 384 8484
                                     Fax (330) 384 8953
                                     E-mail elkwhitt@neo.rr.com

## NOTICE

No hearing shall be held on the foregoing, and the same may be granted without a hearing, unless an affected party files with the Court within fifteen (15) days from the date of the service of this notice a written request for a hearing on the foregoing with the Clerk of this Court at 455 U.S.Courthouse, 2 S. Main St., Akron, Ohio 44308 and serves a copy of this hearing request upon the attorney for the debtor(s). 11 U.S.C. §102(1)(b).

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent by ordinary U.S. Mail, postage prepaid, on June 22, 2007 to those parties whose names and complete addresses appear on the attached mailing matrix.

/s/ Robert M. Whittington, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-50270 |
| | ) | Chapter 13 |
| Timothy Harold Smith | ) | Judge Marilyn Shea-Stonum |
| | ) | <u>NOTICE OF MOTION TO MOD-IFY CHAPTER 13 PLAN</u> |
| Debtors. | | |

The debtor filed papers with the Court to modify his chapter 13 plan.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before July 10, 2007, you or your attorney must file with the Court a written request for a hearing and a written answer explaining your position at the office of the Clerk of the Bankruptcy Court, room 455, U.S. Courthouse, 2 S. Main Street, Akron, Ohio 44308.  If you mail your request to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Robert M. Whittington, Jr., 1023 Key Bldg., 159 S. Main Street, Akron, OH 44308

Jerome L. Holub, Chapter 13 Trustee, I Cascade Plaza, #2020, Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do

not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATE: June 22, 2007

> Robert M. Whittington, Jr., 0007851
> Attorney for the Debtor(s)
> 1023 Key Bldg.
> 159 S. Main St.
> Akron, OH 44308
> (330) 384-8484

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 05-50270-mss<br>Northern District of Ohio<br>Akron<br>Fri Jun 22 11:47:36 EDT 2007 | ECAST SETTLEMENT CORPORATION<br>P.O. BOX 35480<br>NEWARK, NJ 07193-5480 | Household Financial Services, Inc.<br>1270 Northland Drive<br>Suite 200<br>Mendota Heights, MN 55120 |
| US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308 | A.T. & T. Universal Card<br>P.O. Box 8029<br>S. Hackensack, NJ 07606 | A.T. & T. Universal Card<br>P.O. Box 8106<br>S. Hackensack, NJ 07606-8106 |
| Alltel<br>One Allied Dr.<br>Little Rock, AR 77202 | Alltel<br>P.O. Box 9001902<br>Louisville, KY 40240-1902 | Bank One<br>P.O. Box 9001937<br>Louisville, KY 40290-1937 |
| Bank One Loan<br>Servicing<br>P.O. Box 901008<br>Fort Worth, TX 76101-2008 | Citibank<br>P.O. Box 8105<br>S. Hackensack, NJ 07606-8105 | Citicard<br>P.O. Box 8113<br>S. Hackensack, NJ 07606-8113 |
| Discover<br>3311 Mill Meadow Drive<br>Hilliard, OH 43026 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | HSBC Mortgage Servicing<br>P.O. Box 5207<br>Carol Stream, IL 60197-5207 |
| Homeside Lending<br>3820 109th St., Dept. 7250<br>Des Moines, IA 50391-7250 | Homeside Lending<br>P.O. Box 44255<br>Jacksonville, FL 32231 | Household Bank and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>P.O. Box 35480<br>Newark, NJ 07193-5480 |
| Household Financial Services, Inc.<br>636 Grand Regency Boulevard<br>Brandon, FL 33509 | JP MORGAN CHASE BANK, NA/BANK ONE<br>NPS OH1-1188<br>PO BOX 182223<br>COLUMBUS, OH 43218-2223 | John Donofrio, Summit Co.<br>Fiscal Officer<br>175 S. Main St.<br>Akron, OH 44308 |
| M&I Home Lending Solutions<br>4121 NW Urbandale Dr<br>Urbandale IA 50322 7928 | Sherman Acquisition LP., its successors and<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Summit Co. Prosecutor, Tax Division<br>906 Key Bldg.<br>Akron, OH 44308 |
| U.S. Bancorp<br>U.S. Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US BANK CORP/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 |
| Union Plus<br>Household Credit Services<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | eCast<br>PO Box 35480<br>Newark NJ 07193 5480 | Jerome L Holub<br>One Cascade Plaza<br>Suite 2020<br>Akron, OH 44308-1318 |

```
Robert M Whittington Jr                 Timothy Harold Smith
159 S Main St                           118 Joel Dr.
Key Bldg                                Mogadore, OH 44260
#1023
Akron, OH 44308-1318
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover                                (d)Discover Financial Services          U.S. Bank
P.O. Box 15251                          POB 8003                                P.O. Box 790408
Wilmington, DE 19886-5251               Hilliard, OH                            St. Louis, MO 63179-0408
                                        43026
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AmerUs Life Insurance Co             End of Label Matrix
                                        Mailable recipients    31
                                        Bypassed recipients     1
                                        Total                  32
```